ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
    Room 7211 Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Telephone:  (213) 894-4600
    Facsimile:   (213) 894-0115
    E-mail:      Gavin.Greene@usdoj.gov

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>        v.<br><br>Denise Dimacale; Daniel Dimacale; Felicisima Reyes, as trustee for the NDC Qualified Personal Residence Trust; Deutsche Bank Trust Company Americas; The CIT Group/Consumer Finance, Inc.; State of California Franchise Tax Board; and Midland Funding LLC,<br><br>        Defendants. | No. CV 12-01601 CBM (MLGx)<br><br>Judgment Establishing the Federal Income Tax Liability of Denise Dimacale for Tax Year 2006 and Dismissing the Other Claims For Relief Without Prejudice [JS-6] |

**IT IS ORDERED**:

The first claim for relief, Reduce Federal Tax Assessments to Judgment, is resolved as follows.  As of September 18, 2012, the balance due from Denise Dimacale for her federal income tax liability for tax year 2006 was $1,901,763.57.  The balance due includes tax, penalties, interest, fees and collection costs.  Interest continues to accrue in accordance with the laws of the United States.

The second claim for relief, Foreclosure of Federal Tax Liens Against Real Property, is dismissed without prejudice.

The third claim for relief, Set Aside Fraudulent Transfer, is dismissed without prejudice.

**IT IS SO ORDERED**.

DATED:  January 30, 2014        _____
                                CONSUELO B. MARSHALL
                                United States District Judge

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

/s/

GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America